one of Two
~~papers~~ edges



**MISCELLANEOUS** United States District Court
Southern District of Texas
FILED

B-02-.004    FEB 26 2002

Michael N. Milby
Clerk of Court

JAIME JAVIER GONZALES :

B-02.092

VS.             : IN THE UNITED STATES
                  COURT FOR THE
The STATE OF TEXAS : SOUTHERN DISTRICT of
                     TEXAS

## HABEAS CORPUS

Now Come's JAIME JAVIER GONZALES, PETITONER Filed THIS HAbeas CORPUS To Move THIS COURT And File THIS Hebeas CORPUS THRoogh himSelf prosue To THe 1984 CIVIL Rights will Show AS:

### 1

THAT PETITONER was Never ARRested for And This case and has Never Been IN Front of a JUDGE but was INDIGRET ON THIS case 01-CR-00001521-G and A HABITUAL COUNT And AT THe same Time PETITONer was ENHANCE with Two Counts on THe same INDIQMENT

Two of Two
~~papers~~, pages

## II

Petitoner has Been incarsarated for 15 months befor he was indicted further more petitoner is on a Bench warrent and has never Been in front of a Judge.

## III

Petitoner is asking this court to move the court in such violation of the term's that the constitution of the United States Have when violation of the 1984 civil right has been vailated.

## IIII

Petitoner is asking this court or the clerk to send or issue all necessary papers to file formaly this Habeas Corpus



_Jaime Javier Gonzales_
Petitoner
Jaime Javier Gonzales
#001493   1145 E. Harrison
Brownsville TX 78520