IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JAIME JAVIER GONZALES | § | B-02.092 |
| | § | |
| VS. | §· | MISCELLANEOUS NO. B-02-004 |
| | § | |
| THE STATE OF TEXAS | § | |

### ORDER

Petitioner, Jaime Javier Gonzales, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. Although, the State of Texas is named as Defendant, it is apparent that Cameron County, Texas is the proper Defendant. Cameron County, Texas is hereby ordered to file a response by May 6, 2002.

DONE at Brownsville, Texas, this 7th day of March, 2002.

John Wm. Black
United States Magistrate Judge