AO 240 (Rev. 9/96)

3

# UNITED STATES DISTRICT COURT

**Southern** District of **Texas**

**Brownsville Division**

Jaime Javier Gonzales
Plaintiff

v.

State of Texas
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: Miscellaneous B-02.092
B-02-004

United States District Court
Southern District of Texas
FILED

MAR 2 9 2002

Michael N. Milby
Clerk of Court

I, **JAIME J. GONZALES**, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Detention Center #1**

   Are you employed at the institution? **No**    Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

JAIME J. GONZALES #001493

V

CAMERON COUNTY TEXAS

UNITED STATES
DISTRICT COURT.
BROWNSVILLE TEXAS.

Application To Proceed
without Prepayment
of Fees and
Affidavit

## AFFIDAVIT

PETITIONER is willing To SURANDER All STATMENTS AND balances of InsTiTuTional Accounts. BUT PETITIONER CAN NOT geT A CERTIFIED OFFICER OF THE INSTITUTION willing To geT All copys.

★ My Balance AccunT should be AT This Time 10.00 $ Ten dollars

*Jaime J. Gonzales*   3-27-02
PETITIONER PRO-SE