MISCELLANEOUS NO. B-02-004

| | | |
|---|---|---|
| JAIME JAVIER GONZALES, Petitioner | ][ | IN THE U.S. DISTRICT COURT |
| v. | ][ | BROWNSVILLE DISTRICT |
| STATE OF TEXAS | ][ | SOUTHERN DISTRICT, TEXAS |

RESPONSE TO PETITIONER'S PETITION
FOR WRIT OF *HABEAS CORPUS*

B-02.092

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, STATE OF TEXAS, by its County and Criminal District Attorney, Yolanda de Leon, and files this Response to the foregoing Petition.

I.

Although Petitioner claims that he was not arrested or brought before the State District Court in Cause No. 01-CR-1521-G, the State asks the Court to note this Response's attachment which rebuts those claims.

II.

The Court is also asked to note that Petitioner was represented by counsel during his appearances, and the undersigned states that a review of the State's records shows that Mr. Villalobos filed no instrument seeking the same or similar relief on Petitioner's behalf.

Finally, the undersigned states that the State motioned to dismiss the case against Petitioner late last month.

Wherefore, premises considered, the State prays the Court will deny the instant Petition as unsupported by corroborative evidence, waived, and/or moot.

1

RESPECTFULLY SUBMITTED BY:

YOLANDA de LEON,
Cameron County
and District Attorney

_____
JOHN A. OLSON,
Assistant County
and District Attorney
974 East Harrison Street, 2nd Floor
Brownsville, Texas 78520-7198
956.544.0849 VOICE/544-0869 FAX
Texas Bar No. 15274750
Board Certified, Criminal Law
Tex. Board of Legal Specialization

CERTIFICATE OF SERVICE .

I certify that a copy of the foregoing State's Response was mailed by first class mail to Jaime Javier Gonzales, #001493, 1145 E, Harrison St., Brownsville, Texas 78520, on May 6, 2002.

_____
JOHN A. OLSON

Attachment (4 pp.)

2

```
CRIMINAL JUSTICE SYS                                          CAMERON COUNTY
dc06                           VIEW CASE HISTORY
------------------------------------------------------------------------------
   Defendant: 001493  JAIME              GONZALEZ        .      02/07/66
   Cause No.: 01-CR-01521    - G    Filed: 11/14/01         Case Status: DISP
    Offenses: AGGRAVATED ASSAULT                             O.Dates: 09/02/01
              HABITUAL                                                08/08/90
   Attorneys: ARMANDO VILLALOBOS       APPOINTD
 Docket Type:                      Offense Category:
 Disposition: 5G  DISMISSAL - OTHER DISMISSALS                  Date: 04/29/02
    Sentence:                                             Sent. Length:
                                                          Prob. Length:
         Bond:       11/20/01                   50000.00
      Warrant: 01CR00001521G   Issued: 11/26/01         SERVED    01/08/02
   Code    Date        Comments                         SETTINGS: Date    Time A/P
   CONT    04/29/02    WILL DISMISS.)                                            M
   CONT    04/29/02    DISPOSED BY BMG                                           M
   FEFIS   04/29/02    TOTAL FEES:      $.00 AND FINES:      $.                  M
                                                                                 M
                                                                                 M
                                                                                 M
                                                                                 M
                                                                                 M
                                                                                 M

No More Events; Press >ENTER< To Continue!
```

```
CRIMINAL JUSTICE SYS                                              CAMERON COUNTY
dc06                          VIEW CASE HISTORY
--------------------------------------------------------------------------------
    Defendant: 001493  JAIME              GONZALEZ              02/07/66
    Cause No.: 01-CR-01521    - G   Filed: 11/14/01       Case Status: DISP
     Offenses: AGGRAVATED ASSAULT                          O.Dates: 09/02/01
               HABITUAL                                             08/08/90
    Attorneys: ARMANDO VILLALOBOS      APPOINTD
  Docket Type:                   Offense Category:
  Disposition: 5G  DISMISSAL - OTHER DISMISSALS                Date: 04/29/02
     Sentence:                                          Sent. Length:
                                                        Prob. Length:
         Bond: 11/20/01                  50000.00
      Warrant: 01CR00001521G   Issued: 11/26/01      SERVED   01/08/02
    Code    Date        Comments                    SETTINGS: Date    Time A/P
    CONT    04/26/02    STATE TO UNADJUDICATE THIS DEFENDANT IN             M
    CONT    04/26/02    THIS CAUSE  ACL/MRL                                 M
    CONT    04/29/02    ORDER OF DISMISSAL SIGNED FOR ENTRY...              M
    CONT    04/29/02    ACLIMAS//BMG (SPOKE TO VICTIM ON 4/24/02,            M
    CONT    04/29/02    STATES THAT HE DOES NOT WANT TO HOLD ANY             M
    CONT    04/29/02    GRUDGES AGAINST DEFENDANT. UNSURE IF HE              M
    CONT    04/29/02    WANTS TO PROSECUTE. TOLD HIM TO CALL ME              M
    CONT    04/29/02    BEFORE 4/26/02. VICTIM DID NOT CALL STATE            M
```

```
CRIMINAL JUSTICE SYS                                              CAMERON COUNTY
dc06                           VIEW CASE HISTORY
--------------------------------------------------------------------------------
   Defendant: 001493  JAIME            GONZALEZ              02/07/66
   Cause No.: 01-CR-01521    - G    Filed: 11/14/01     Case Status: DISP
    Offenses: AGGRAVATED ASSAULT                            O.Dates: 09/02/01
              HABITUAL                                               08/08/90
   Attorneys: ARMANDO VILLALOBOS      APPOINTD
 Docket Type:                   Offense Category:
 Disposition: 5G  DISMISSAL - OTHER DISMISSALS                 Date: 04/29/02
    Sentence:                                           Sent. Length:
                                                        Prob. Length:
        Bond: 11/20/01                 50000.00
     Warrant: 01CR00001521G  Issued: 11/26/01     SERVED    01/08/02
 Code   Date      Comments                              SETTINGS:  Date    Time A/P
 ANSET  02/15/02  ANNOUNCEMENTS RESET FOR  ACL/MRL                03/22/02 10:00AM
 TRSET  02/15/02  TRIAL RESET FOR  ACL/MRL                        03/25/02 09:00AM
 ANSET  03/22/02  ANNOUNCEMENTS AND TRIAL RESET FOR ACL/MRL       04/22/02 09:00AM
 CONT   04/04/02  MOTION FOR DISCOVERY OF EXCULPATORY AND                       M
 CONT   04/04/02     MITIGATING EVIDENCE FILED. GM                              M
 CONT   04/04/02  MOTION TO DISMISS FILED. GM                                   M
 ANSET  04/22/02  ANNOUNCEMENTS SET FOR  ACL/MRL                  04/26/02 10:00AM
 TRSET  04/29/02  TRIAL SET FOR  ACL/MRL                          04/29/02 09:00AM
```

```
CRIMINAL JUSTICE SYS                                          CAMERON COUNTY
dc06                        VIEW CASE HISTORY
───────────────────────────────────────────────────────────────────────────────
   Defendant: 001493  JAIME              GONZALEZ              02/07/66
   Cause No.: 01-CR-01521    - G   Filed: 11/14/01    Case Status: DISP
    Offenses: AGGRAVATED ASSAULT                       O.Dates: 09/02/01
              HABITUAL                                          08/08/90
   Attorneys: ARMANDO VILLALOBOS     APPOINTD
 Docket Type:                  Offense Category:
 Disposition: 5G  DISMISSAL - OTHER DISMISSALS                Date: 04/29/02
    Sentence:                                         Sent. Length:
                                                      Prob. Length:
        Bond:  11/20/01                   50000.00
     Warrant: 01CR00001521G   Issued: 11/26/01        SERVED   01/08/02
   Code    Date       Comments                        SETTINGS:  Date    Time A/P
   IND     11/14/01   DA #I200109071                                             M
   ARSET   11/21/01   ARRAIGNMENT SET FOR ACL/MRL               12/13/01  08:30AM
   ARSET   12/13/01   ARRAIGNMENT SET FOR AND BENCH WARRANT     01/09/02  01:00AM
   CONT    12/13/01   ISSUED DEF IN HUNTSVILLE, TEXAS  ACL/MRL  01/09/02         M
   CONT    01/03/02   STATE'S MOTION TO AMEND INDICTMENT                         M
   CONT    01/03/02   FILED/BMG                                                  M
   ANSET   01/09/02   ANN SET FOR W/TRIAL 2/4/02 @ 9:00 ACL/MRL 02/01/02  10:00AM
   RESET   02/01/02   ANN RESET FOR W/TRIAL 2/18/02 @ 9:00 ACL/M 02/15/02 08:00AM
```