(§1497.) PARTICULAR AFFIDAVITS – PERMISSION TO SUE IN FORMA PAUPERIS

5

CAB-02-92

[F.R.C.P. Rule 7(b)]

UNITED STATES OF AMERICA, ) No. B-02-004
SOUTHERN DISTRICT OF TEXAS )
COUNTY OF CAMERON )

United States District Court
Southern District of Texas
FILED
MAY 0 7 2002
Michael N. Milby
Clerk of Court

I, JAIME JAVIER GONZALES, being duly sworn deposes and says:

1.) I AM ENTITLED TO COMMENCE A CIVIL ACTION IN THIS COURT AGAINST CAMERON COUNTY AND ITS AGENT AND SERVANTS.

2.) THE NATURE OF THIS ACTION IS FALSE IMPRISONMENT

3.) I BELIEVE I AM ENTITLED TO REDRESS IN THIS ACTION BECAUSE, AS MORE FULLY SHOWN BY THE COMPLAINT HEREIN,

I

PETITIONERS RIGHTS WERE VIOLATED UNDER ARTICLE 39.14 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE I, "3, 3A, 10, 13 AND 19 OF THE CONSTITUTION OF THE STATE OF TEXAS AND THE FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

No. B-02-004

3)                    II

Petitoner was unlawfully charged with Aggravated Assault Sec. 22.02 (2)(A) And Habitual Count, Although Fifth Amendment contains no equal protection clause, It does Forbid discrimination that is so unjustifiable as to be violative of due process; Thus, If classification would be Invalid under equal protection clause of Fourteenth Amendment, It Is Also Inconsistent with due process Requirement of Fifth Amendment See Johnson v. Robison (1974) 415 US 361, 39 L Ed 2d 389, 94 S Ct 1160.

No. B-02-004

3)                    III

Petitoner was threaten with no less than 25 years, if he would not accept a ple-bargan of 5 years and in the light of all attendant facts and circumstances; Petitoner was clearly indicted on false testimony and where indictment clearly proves to be fatally defective. And where counsel advised the accused to plead guilty on said indictment. See Benoit v. State (Tex Crim) 561 SW2d 810

No. B-02-004

## IV

3) The prosecution allowed outright falsity to go uncorrected. Perjured testimony amounts to a violation of due process and the falsity of the evidence was known to the prosecution see. Napue v. Illinois 360 US, 264, 3 L Ed 2d 1217, 79 S CT 1173.

## V

Petitoner was unlawfully, wrongfully and maliciously, arrested, detained and imprisoned and as a result result of the actions Petitoner thereby suffered substantial damage.

§1497 Particular Affidavits - Permission
To Sue In Forma Pauperis
[F.R.C.P. Rule 7(b)]

4.) Because of my poverty, I am unable to pay the costs of the action or to give security therefor and to provide myself with the necessities of life. Therefore, I prays that I may have leave to prosecute this action In Forma Pauperis, pursuant to Title 28, United States Code, §1915.

*Jaime J. Gonzales*
PETITIONER PRO-SE

### Certificate of Service

I hereby certify that a copy of the above and foregoing Particular Affidavits - Permission to Sue In Forma Pauperis of Petitioner was delivered via Regular Mail to United SA+ State District Court Souther District on this the __6__ day of __May__ 2002

PETITIONER  *Jaime L. Gonzales*