IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JAIME JAVIER GONZALES, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-092 |
| | § | |
| STATE OF TEXAS, | § | |
| Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the Court is *pro se* hand written petition for habeas corpus filed by Jaime Javier Gonzales ("Gonzales") which the Court interprets as having been filed pursuant to 28 U.S.C. § 2254 (Docket No. 1). The State of Texas, acting through the Cameron County District Attorney has filed a Response (Docket No. 4).

### BACKGROUND

In his petition, Gonzales claims that he had been in jail for fifteen months before he was indicted.

### RECOMMENDATION

Records attached to the State's Response seem to reflect that Gonzales was arrested on January 8, 2002. The case against him was dismissed on April 29, 2002. There is no explanation as to why it took the State of Texas so long to decide whether or not to prosecute Gonzales. The fact that Gonzales is no longer in custody does not mean that Gonzales' claims are moot, since he was in custody at the time he filed his petition. *Spencer v. Kemna*, 523 U.S. 1 (1998).

However, it is apparent that Gonzales' state claims, if any, are unexhausted.

IT IS THEREFORE **RECOMMENDED** that this case be **DISMISSED**, without prejudice.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 10th day of May, 2002.

John Wm. Black
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JAIME JAVIER GONZALES,<br>Plaintiff-Petitioner,<br><br>VS.<br><br>STATE OF TEXAS,<br>Defendant-Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-092 |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 10, 2002 should be adopted and the petition be dismissed without prejudice.

DONE in Brownsville, Texas, on this _____ day of _____ 2002.

Filemon B. Vela
United States District Judge
