IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
— BROWNSVILLE DIVISION

JAIME JAVIER GONZALES, (
vs. ( CIVIL ACTION
STATE OF TEXAS, ( NO. B-02-092
(

United States District Court
Southern District of Texas
FILED

MAY 17 2002

Michael N. Milby
Clerk of Court

## RECOMMENDATION Appeal

To the Honorable Judge of said Court:

Now comes JAIME JAVIER GONSALES file in the above styled and numbered and moves the court to Appeal Recommendation and in support would show the Court as follows:

I

Pursuant to C.A. 4(Md) 200. Habeas Petitioner's Due Process challenge to premeditation instruction was not fairly presented to highest court, as required for exhaustion of state remedies, when petitioners grounds that it lacked basis in state law, and did not then assert that instruction violated due process U.S.C.A. Const Amend 14, 28 U.S.C.A 8225 4(c) Baker v. Corcoran 220 F.3d 276

CIVIL ACTION B-02-092

## II

Petitoner had been incarsarated for 15 months on a parole vailation befor he was indicted on case No. 01-CR-0000/521-G And a Habitual count. Petitoner was icarcerated sinc 11-03-200 on a parole vitation and was transported back on a bench warrent from the Wayin Scott uint (T.D.C) To Cameron County Jail on January 8, 2002

## III

Petitoner was never formaly charged in front of a Judge.

Petitoner was never advised of his Miranda Rights

Petitoner was clearly indicted on false Testimony and where Indictment clearly proves to be fatally defective.

Petitoner was Indicted on July Term, 2001 That off offense was commited on September the 2nd of 2001 when Petitoner was incarsarated All this Time on Parole vitation

CIVIL ACTION NO. B-02-092

## IV

Petitioner was threaten with no less than 25 years, if he would not accept a ple-bargan of 5 years and in the light of all attendant facts and circumstances Petitioner was clearly indicted on false testimony Benoit v. State (Tex Crim) 561 SW 2d 810

*Jaime J. Gonzales*
Petitioner Pro-Se

### Certificate of Service

I hereby certify that a copy of the above and foregoing particular affidavits - <u>Recommendation Appeal</u> was delivered via regular mail to United State District Court Souther District, on this the 13 day of May 2002.

Petitioner *Jaime J. Gonzales*

# IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

THE GRAND JURORS, for the County of Cameron and State aforesaid, duly organized as such at the JULY Term, 2001 of the 107TH Judicial District in and for said County, upon their oaths in said Court, present that **REYNALDO IVAN HERNANDEZ, JAIME GONZALES AND CARLOS ALBERTO MORA**, hereinafter called the Defendants, on or about the **2ND** day of **SEPTEMBER, 2001**, and anterior to the presentment of this indictment, in the County of Cameron and State of Texas, did then and there intentionally, knowingly, or recklessly cause bodily injury to **GEORGE ELIAS by hitting GEORGE ELIAS with a bat or with a bottle**, and the defendant did then and there use or exhibit a deadly weapon, to-wit: **a bat or a bottle**, during the commission of said assault,

## II  ENHANCEMENT COUNTS

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, (hereafter styled the primary offense) on the **8th day of August, 1990**, in cause number **90-CR-343-E** in **357th Judicial District Court** of Cameron County, Texas, the defendant **JAIME GONZALES**, was convicted of the felony offense of BURGLARY OF A VEHICLE,

And it is further presented in and to said Court that, prior to the commission of the primary offense, and after the conviction in cause number **90-CR-343-E** was final, the defendant **JAIME GONZALES**, committed the felony offense ROBBERY and was convicted on the **3rd day of June, 1993**, in cause number **93-CR-149-E** in the **357th Judicial District Court** of Cameron County, Texas,

NO. 01-CR-00001521-G

| | |
|---|---|
| THE STATE OF TEXAS | CAMERON COUNTY, |
| VS. | TEXAS |
| JAIME GONZALES | 404TH JUDICIAL DISTRICT |
| (ID#001493) (DOB: 02/07/66) | |

THE STATE OF TEXAS

TO THE SHERIFF OF CAMERON COUNTY, TEXAS, GREETING:

YOU ARE HEREBY COMMANDED to forthwith deliver to

JAIME GONZALES

now in your custody, the accompanying certified copy of the indictment in Cause No. 01-CR-00001521-G, THE STATE OF TEXAS VS. JAIME GONZALES

now pending in the 404TH District Court of Cameron County, Texas, and to make due return of this writ without delay.

Issued and given under my hand and seal of office this NOVEMBER 26, 2001.

AURORA DE LA GARZA
Clerk of the District Courts of
Cameron County, Texas

BOND: $50,000.00 CASH/SURETY

_____ Deputy

================================================================

OFFICER'S RETURN

Came to hand on _____ at _____ _____ .M.,

and executed on __1-8-02__ by delivering to within named

defendant __Jaime Gonzales__, in person, a

certified copy of indictment as directed by this writ.

Returned on _____

_____ Sheriff/Constable