To: THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
— BROWNSVILLE DIVISION

JAIME JAVIER GONZALES,

vs.

STATE OF TEXAS

CIVIL ACTION
NO. B-02-092

JUN 0 3 2002
Michael N. Milby
Clerk of Court

**Recommendation To Contenui**

To The Honorable Judge of said Court:

Now Comes JAIME JAVIER GONZALES File in The Above styled and numbered and moves The Court To Permit Petitioner To contenui with civil Action No. B-02-092 and in support would show good cause.

1.

On May, 29, 2002 Petitioner was played onder The custody of T.D.C.J. And was Transported To The Garza West Transfer Fasility, Petitioner is no longer JAIME JAVIER GONZALES #001493. Petitioner is now JAIME Gonzales #654498

2.

Petitioner would like To Ask The Court To Mail All Corespondens Regarding To Civil Action No. B-02-092 To my new Mailing Address: HC02 Box 995 Beeville, TX 78102

Petitioner Pro-se  *Jaime F. Gonzales*

## Certificate of Service

I hereby certify that a copy of the above and foregoing Permission to Contenu with Civil Action No. B-02-092 was delivered via Regular Mail to United State District Court Souther District on this the 30th day of May 2002

Petitoner  /s/ Jaime L. Gonzales