*10*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME JAVIER GONZALES, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-092 |
| | § | |
| STATE OF TEXAS, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced

cause of action. After a de novo review of the entire file, it is the opinion of this Court that the

Magistrate Judge's Report and Recommendation of May 10, 2002 should be adopted and the petition

be dismissed without prejudice.

DONE in Brownsville, Texas, on this _1st_ day of _August_ 2002.

_____
Filemon B. Vela
United States District Judge