United States District Court
Southern District of Texas
ENTERED

May 10 2002

United States Courts
Southern District of Texas
FILED

JAN 1 0 2006

Michael N. Milby, Clerk

JAIME JAVIER GONZALES,    #654498

    PLAINTIFF-PETITIONER,

    VS.

STATE OF TEXAS    CIVIL ACTION

DEFENDANT-RESPONDENT    NO. B-02-092

PENDING before THE COURT is pro se hand written petition for habeas corpus filed by ~~Jaime~~ Jaime Javier Gonzales "Gonzales" which The Court interprets as having been filed pursuant to 28 U.S.C § 2254 (Docket No 2) in Cameron County Brownsville Division

    I would like to know what my status is in The Above styled and numbered civil action

    NEW ADDRESS:

    Jaime J Gonzales #654498

    WAYNE SCOTT UNIT

    6999 RETRIEVE

    Angleton TX

        77515



Jaime Gonzales # 654488
6799 Retrieve
Angleton TX 77515

United States Courts
Southern District of Texas
FILED

JAN 10 2006

Michael N. Milby, Clerk

77204+1010

United States District Clerk
P.O. Box 61010
Houston, TX 77208

09 JAN 2006
PM 4 L

HOUSTON TX 773